# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RUSSELL PAYTON

NO. 2021 KW 1320

**JANUARY 21, 2022**

---

In Re:   Russell Payton, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 11-94-0047.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT